# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER, | No. 4:19-CV-01611 |
| Plaintiff, | (Judge Brann) |
| v. | |
| O'BRIEN CONSTRUCTION, INC., and BRE RC MONROE MP PA, L.P., | |
| Defendants. | |

## ORDER

**AND NOW**, this 21st day of May 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant O'Brien Construction, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint (Doc. 23) is **DENIED**.

2. Defendant BRE RC Monroe MP PA, L.P.'s Motion to Dismiss Amended Complaint (Doc. 26) is **DENIED**.

3. Defendants shall file and serve responsive pleadings pursuant to Fed. R. Civ. P. 12(a)(4)(A) on ore before June 4, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge