# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER, | No. 4:19-CV-01611 |
| Plaintiff, | (Judge Brann) |
| v. | |
| O'BRIEN CONSTRUCTION, INC., and BRE RC MONROE MP PA, LP, | |
| Defendants. | |

## ORDER

**AND NOW**, this 11th day of February 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant O'Brien Construction, Inc.'s motion seeking leave to amend, Doc. 81, is **GRANTED**.

2. Defendant O'Brien Construction Inc. shall file its second amended answer within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge